```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 10319
   JAMES JOHNATHON DOOY
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
  SSN XXX-XX-8339

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/08/2007 and was not confirmed.

     The case was dismissed without confirmation 07/19/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID        PAID
--------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG          .00          .00         .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE      1325.00          .00         .00
PRO SE DEBTOR            DEBTOR ATTY            .00                      .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------       --------------
TOTALS                         .00                    .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 10/23/07              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```